# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**DANIEL R. PAPELINO and MICHAEL YU**

    vs.                          **CASE NUMBER: 5:01-CV-909**
                                                                      **(NAM/DEP)**

**ALBANY COLLEGE OF PHARMACY OF UNION UNIVERSITY, JAMES GOZZO, individually and as President of Albany College of Union University, HOWARD D. COLBY, individually and as Associate Dean for Academic Affairs, ELISABETH VINES, individually and as Faculty Advisor to the Student Honor Committee, and THOMAS DALTON, individually and as Chairperson of the Appellate Board**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment is GRANTED and the second amended complaint is DISMISSED with prejudice.  This action is hereby closed.

All of the above pursuant to the order of the Honorable Chief District Judge Norman A. Mordue, dated the 11th day of September, 2009.

DATED: September 11, 2009

Clerk of Court

                                                    s/ Melissa Ennis
                                                    Melissa Ennis
                                                    Deputy Clerk